*141-623*

## THE PEOPLE, RESPONDENT, *v.* DOMINGO PERALTA, APPELLANT.

ELECTOR, RESIDENCE OF.—Residence depends upon intention as well as fact, and mere inhabitancy, for a short period, against the intention of acquiring a domicil, would not make a resident, within the meaning of the law, so as to constitute an elector.

APPEAL from the Court of Sessions of Contra Costa County.

*Carpentier,* for the Appellant.

*McConnell,* Attorney-General, for Respondent.

Mr. Justice HEYDENFELDT delivered the opinion of the Court. Mr. Ch. J. MURRAY concurred.

Upon the trial below, one of the jurors, on examination as to his competency, answered that he considered himself a resident of Shasta County, although he had been living in Contra Costa (the county of the trial) for the past five weeks. He was sworn, notwithstanding the objection of the defendants.

The statute of this State requires the juror to be an elector of the county for which he is summoned, and he cannot be an elector unless he is a resident.

[176] Residence depends upon intention as well as fact, and mere * inhabitancy for a short period, against the intention of acquiring a domicil, would not make a resident within the meaning of the law, so as to constitute an elector. The juror should have been excluded from serving, and for the error in admitting him, the judgment is reversed, and the cause remanded.